## WILSON v. SOUTHERN RY. CO.

Before TOWNSEND, J., Lexington, September, 1900.    Affirmed.                                      ,

Action for damages for personal injuries by Georgiana Wilson and John Wilson against Southern Railway Co. From order refusing motion of defendant to require plaintiff to submit to physical examination, defendant appeals.

*Messrs. B. L. Abney* and *E. M. Thomson,* for appellant, submit their argument in Easler *v.* this defendant, *post.*

*Messrs. G. T. Graham* and *P. H. Nelson,* contra, cite: *Is the order now appealable:* 35 S. E. R., 797; 32 S. E. R., 417; 30 S. E. R., 614.   *The Court has no power to subject a party to such examination:* 11 Sup. Ct. R., 1001; 113 U. S., 724; 4 How., 242; 24 Pa. St., 314; 29 Hun., 154; 50 N. Y. Sup. Ct., 412; 53 Mo., 509; 102 Ill., 272; 10 F. R., 278; 40 A. R., 1114; 32 N. E., 389; 33 N. E., 951; 28 N. E., 360.   *In States where statutes permit such orders they are only granted along with an order requiring examination of party orally:* 27 N. Y. S., 966; 34 N. Y. S., 572. *There is no statute here permitting such examination, but the contrary:* Code, 390.

April 1, 1901.   The opinion of the Court was delivered by

MR. JUSTICE GARY.    The appeal herein was heard in connection with that in the case of R. T. Easler, an infant, &c., plaintiff, against Southern Railway Company, defendant, *post,* as the facts were similar and the same question was presented by the exceptions; the principles announced in that case, in which the opinion has just been filed, are conclusive of this appeal.

The order of the Circuit Court is affirmed.

MR. JUSTICE JONES *dissents.*